**ÆTNA LIFE INSURANCE COMPANY, Appellant, v. Marvin D. BOATRIGHT.**

No. 10440.

Circuit Court of Appeals, Eighth Circuit.

Oct. 7, 1935.

Grover T. Owens and S. Lasker Ehrman, both of Little Rock, Ark., and Joseph B. McDonough, of Fort Smith, Ark., for appellant.

W. N. Ivie, of Rogers, Ark., and G. T. Sullins, of Fayetteville, Ark., for appellee.

PER CURIAM.

Appeal docketed and dismissed, at costs of appellant, per stipulation of parties.

---

**The AMERICAN LIFE INSURANCE COMPANY, a Corporation, v. Ole LARSON and Jens Hansen, Stockholders of The American Life Insurance Company, et al.**

No. 1363.

Circuit Court of Appeals, Tenth Circuit.

Oct. 31, 1935.

Emory L. O'Connell and John T. Adams, both of Denver, Colo., for appellant.

Erskine R. Myer, of Denver, Colo., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, for failure to prosecute.

---

**James H. ANDERSON, Petitioner-Appellant, v. COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.**

No. 22.

Circuit Court of Appeals, Second Circuit.

Dec. 2, 1935.

Frederick E. King, of New York City (Edward L. Blackman, of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Joseph M. Jones, Sp. Assts. to Atty. Gen., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decision affirmed.

---

**The BALTIMORE & OHIO RAILROAD COMPANY, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue, Respondent.**

No. 3966.

Circuit Court of Appeals, Fourth Circuit.

Oct. 7, 1935.

R. Kemp Slaughter and Hugh C. Bickford, both of Washington, D. C., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

PER CURIAM.

On motion of petitioner, consented to by counsel for respondent, cause is docketed and dismissed.